IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SCOTT GRAY, ) | Case No. 8:24-cv-00224 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **MOTION TO WITHDRAW AS** |
| DOUGLAS COUNTY, NEBRASKA, a ) | **COUNSEL** |
| Political Subdivision, ) | |
| KATHY ALLEN, individually and in her ) | |
| official capacity, ) | |
| PATRICK BLOOMINGDALE, individually ) | |
| and in his official capacity, ) | |
| ) | |
| Defendants. ) | |

COMES NOW, Deputy Douglas County Attorney Amy E. Garreans on behalf of Defendants Douglas County, Nebraska, Kathy Allen, and Patrick Bloomingdale, ("Defendants"), and hereby moves the Court for an Order to withdraw Amy E. Garreans from her representation of Defendants in the above-captioned matter. In support thereof, as of July 29, 2025, Amy E. Garreans will no longer be employed with the Douglas County Attorney's Office. Defendants will continue to be represented by Deputy Douglas County Attorney William E. Rooney, III.

WHEREFORE, the undersigned counsel respectfully requests that the Court grant the request to withdraw Amy E. Garreans as counsel of record for the Defendants in the above-captioned matter.

DATED this 22nd day of July, 2025.

                                                PATRICK BLOOMINGDALE, in his
                                                individual and official capacity, KATHY
                                                ALLEN, in her individual and official
                                                capacity, and DOUGLAS COUNTY,
                                                NEBRASKA, Defendants.

DONALD W. KLEINE,
Douglas County Attorney

By: /s/ Amy E. Garreans
Amy E. Garreans, #25885
William E. Rooney, III #24281
Deputy County Attorneys
1717 Harney Street, Suite 600
Omaha, NE 68183
T – (402) 444-7051
F – (402) 444-6817
amy.garreans@douglascounty-ne.gov
william.rooney@douglascounty-ne.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2025, the foregoing Motion was filed electronically with the Clerk of the Court using the NextGen CM/ECF system which will send notification to the following:

Jennifer Turco Meyer, #23760
Dyer Law, P.C., L.L.O.
2611 S. 117th Street
Omaha, Nebraska 68144
(402) 393-7529
(402) 391-2289 facsimile
Jennifer@dyerlaw.com
*Attorney for Plaintiff*

/s/ Amy E. Garreans
Amy E. Garreans

2