IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SCOTT GRAY,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY, NEBRASKA, a Political Subdivision; KATHY ALLEN, individually and in her official capacity; and PATRICK BLOOMINGDALE, individually and in his official capacity;<br><br>Defendants. | **8:24CV224**<br><br>**FINAL PROGRESSION ORDER (AMENDED)** |

IT IS ORDERED that the joint motion to amend, Filing No. 53, is granted. The final progression order, Filing No. 45, is amended as follows:

1) The deadline to file any motion to strike a party's jury demand is reopened. Any such motion shall be filed by February 16, 2027.

2) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

| | |
|---|---|
| For the plaintiff(s): | December 18, 2026. |
| For the defendant(s): | January 19, 2027. |
| Plaintiff(s)' rebuttal: | February 1, 2027. |

3) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is November 23, 2026.

4) The deadline for filing motions to dismiss and motions for summary judgment is February 16, 2027.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is March 15, 2027.

6) Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

7) All other deadlines and provisions in the Court's prior final progression orders not amended herein remain unchanged.

8) No further extensions will be considered absent a substantial showing of good cause.

Dated this 29th day of September, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge